IN THE SUPREME COURT OF NORTH CAROLINA

No. 261PA15

Filed 21 December 2016

RICHARD O'NEAL, Employee

v.

INLINE FLUID POWER, INC. & AUTOMOTIVE PARTS CO., INC.,
        Employer,

AUTO OWNERS INSURANCE COMPANY,
        Carrier


On discretionary review pursuant to N.C.G.S. § 7A-31 of a unanimous, unpublished decision of the Court of Appeals, ___ N.C. App. ___, 773 S.E.2d 574 (2015), affirming an opinion and award filed on 4 June 2014 by the North Carolina Industrial Commission. Heard in the Supreme Court on 10 October 2016.

*Jernigan Law Firm, by Leonard T. Jernigan, Jr., Anthony L. Lucas, and Kristina B. Thompson, for plaintiff-appellant.*

*McAngus Goudelock & Courie, by Viral V. Mehta and Carl M. Short III, for defendant-appellees.*

*Hedrick, Gardner, Kincheloe & Garofalo, L.L.P., by M. Duane Jones, for North Carolina Association of Defense Attorneys, amicus curiae.*


PER CURIAM.


DISCRETIONARY REVIEW IMPROVIDENTLY ALLOWED.